**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** : | **MDL No. 2592** |
| : | **SECTION L** |
| : | **JUDGE ELDON E. FALLON** |
| : | **MAGISTRATE JUDGE NORTH** |
| **THIS DOCUMENT RELATES TO:** | **JURY TRIAL DEMANDED** |

Mark Johnson

CA# 2:16-cv-3305

**SHORT FORM COMPLAINT**

1. Plaintiff(s) incorporate(s) by reference the Plaintiffs' Joint Complaint filed in *In Re Xarelto Products Liability,* MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following *Short Form Complaint* is utilized in the above-captioned action.
2. Individual Plaintiff, Mark Johnson, is identified more fully in Paragraph 22 of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.
3. Individual Plaintiff herein resides at 269 Chestnut Street, Benton Harbor, MI 49022.
4. The Xarelto User resides (or if deceased, resided at the time of death) at 269 Chestnut Street, Benton Harbor, MI 49022.

5. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual plaintiff.
6. Attached as Attachment 2 is the Joint Complaint listing within the Individual plaintiff.

Dated: April 18, 2016

/s/ Daniel J. Carr
*Attorney for Plaintiff(s)*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2016, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system, which will send a notice of the electronic filing to all counsel of record.

/s/ Daniel J. Carr